NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PERSONALIZED MEDIA COMMUNICATIONS, LLC

---

2011-1158
(Reexamination Nos. 90/006,563 & 90/006,698)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Joseph A. Micallef as counsel and to substitute Thomas J. Scott, Jr. as principal counsel for Personalized Media Communications, LLC,

IT IS ORDERED THAT:

The motion is granted. Thomas J. Scott, Jr. should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph A. Micallef, Esq.
     Thomas J. Scott, Jr., Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK